PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MEDINA FUERTE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-CV-01810-KJN<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

　　　The Defendants respectfully request to hold this case in temporary abeyance through March 5, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in August 2015. USCIS has scheduled Plaintiff's asylum interview for November 6, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days of the completion of the interview. In the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks.

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through March 5, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  September 25, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiff

ORDER

It is so ordered.

Dated:  September 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fuer.1810

2